In The 



Court of Appeals



Ninth District of Texas at Beaumont


________________



NO. 09-09-00130-CV


 _____________________



IN THE INTEREST OF J.J.H., K.J.H., F.D.H. AND H.P.S.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-205,665






MEMORANDUM OPINION



 We notified the parties that our jurisdiction was not apparent from the notice of appeal
and that we would dismiss the appeal for want of jurisdiction unless we received a response
showing grounds for continuing the appeal. The appellant did not file a response.

 Appellant seeks to appeal the trial court's "First Amended Order For Protection of a
Child In an Emergency and Notice of Hearing." Generally, only final judgments are
appealable. Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory
orders are appealable only if a statute permits appeal. Bally Total Fitness Corp. v. Jackson,
53 S.W.3d 352, 352 (Tex. 2001). No statute provides for an interlocutory appeal of a
temporary order such as the one at issue in this case. See Tex. Fam. Code § 262.112(b)
(Vernon 2008) (providing for "an expedited appeal on a ruling by a court that the child may
not be removed from the child's home."); see generally In the Interest of N.J.G., 980 S.W.2d
764, 767 (Tex. App.--San Antonio 1998, no pet.). Accordingly, we dismiss the appeal for
want of jurisdiction.

 APPEAL DISMISSED FOR WANT OF JURISDICTION.



 _________________________________

 DAVID GAULTNEY

 Justice 

 

Opinion Delivered May 14, 2009


Before Gaultney, Kreger, and Horton, JJ.